# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TJC's Transportation Solutions Ltd., | Civil No. 09-2810 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Rivard Companies, Inc., d/b/a Central Wood Products, | |
| Defendant. | |

This matter is referred to Magistrate Judge Arthur J. Boylan for a status/settlement conference at such time and under such conditions as Judge Boylan directs. Pending such conference, Plaintiff's Motion for Relief From Order of Dismissal will be under advisement.[1]

Dated: January 12, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge

---

[1] The Court has directed Defendant to file a response to said Motion no later than January 19, 2010.