# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TJC's Transportation Solutions Ltd.,

                Plaintiff,

Civ. No. 09-2810 (RHK/AJB)
**ORDER**

v.

Rivard Companies, Inc.,

                Defendant.

---

The parties in this matter having filed several Motions, **IT IS ORDERED** as follows:

1. A hearing will be held before the undersigned on Plaintiff's Motion for Relief from Order of Dismissal (Doc. No. 11) and Defendant's Motion to Enforce Settlement (Doc. No. 16) at 8:00 a.m. on Thursday, April 1, 2010, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota; and

2. Defendant shall serve and file a Reply Memorandum, if any, in support of its Motions on or before March 17, 2010.


Dated: March 1, 2010                                              s/Richard H. Kyle
                                                                                 RICHARD H. KYLE
                                                                                 United States District Judge